UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

      -against-

ENIKO WILSON,
                Defendant.
------------------------------------------------------------X

15 CR. 288 (RMB)

**ORDER**

      The supervised release hearing previously scheduled for Monday, November 28, 2022 at 11:30 AM is hereby rescheduled to 11:00 AM.

      The proceeding is being held by video. Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial in Number: (646) 453-4442
      Conference ID: 114 212 482#

Dated: November 18, 2022
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.