**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                                                      :
                      Government,           :        15 CR. 288 (RMB)
                                                                      :
       - against -                             :        **ORDER**
                                                                      :
ENIKO WILSON,                                       :
                      Defendant.             :
-------------------------------------------------------------x

     The supervised release hearing previously scheduled for Tuesday, January 17, 2023 at 9:00 A.M. is hereby rescheduled to Wednesday, February 2, 2023 at 11:00 A.M.

     In the absence of defense objection – the proceeding will be held by video.

     Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

     Dial-in Number: (646) 453-4442
     Conference ID: 280 534 496#

Dated: January 13, 2023
         New York, NY

                                                             *Richard M. Berman*
                                             **RICHARD M. BERMAN**
                                                  **U.S.D.J.**