UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                                                          :
                          Government,      :     15 CR. 288 (RMB)
                                                                          :
       - against -                              :     **ORDER**
                                                                          :
ENIKO WILSON,                                       :
                          Defendant.         :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Monday March 27, 2023 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 883 853 591#

Dated: March 22, 2023
        New York, NY

                                                _Richard M. Berman_
                                                **RICHARD M. BERMAN**
                                                            **U.S.D.J.**