**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                         :
                                                                            :
                              Government,        :        15 CR. 288 (RMB)
                                                                            :
          - against -                          :        **ORDER**
                                                                            :
ENIKO WILSON,                                             :
                              Defendant.         :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, August 22, 2023 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 906 066 475#

Dated: August 16, 2023
       New York, NY

                                                   *Richard M. Berman*
                                         **RICHARD M. BERMAN**
                                                  **U.S.D.J.**