**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
              Government,    :    15 CR. 288 (RMB)
                                             :
      - against -                          :    **ORDER**
                                             :
ENIKO WILSON,                                :
                                             :
              Defendant.     :
-----------------------------------------------------------------x

      The supervised release hearing previously scheduled for Wednesday, September 27, 2023 at 1:00 P.M. is hereby rescheduled to Thursday, November 16, 2023 at 9:00 A.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 721 485 032#

Dated: August 23, 2023
       New York, NY

                                                 **RICHARD M. BERMAN**
                                                         **U.S.D.J.**