**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                              :
                  Government,       :       15 CR. 288 (RMB)
                                              :
      - against -                            :       **ORDER**
                                              :
ENIKO WILSON,                                 :
                  Defendant.        :
------------------------------------------------------------x

      The supervised release hearing is scheduled for Thursday, November 2, 2023 at 10:00 A.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 721 485 032#

Dated: October 25, 2023
       New York, NY

                                                                      */s/ Richard M. Berman*
                                                           **RICHARD M. BERMAN**
                                                                    **U.S.D.J.**