**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                    Government,    :    15 CR. 288 (RMB)
                                           :
      - against -                        :    **ORDER**
                                           :
                                           :
ENIKO WILSON,                              :
                                           :
                    Defendant.     :
---------------------------------------------------------------x

        The supervised release hearing scheduled for Wednesday, December 20, 2023 at 9:00 A.M. will take place in Courtroom 17B.

Dated: December 13, 2023
       New York, NY

                                                  RICHARD M. BERMAN
                                                  U.S.D.J.