UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                    **ORDER**

         -against-                                               15 Cr 288

ENIKO WILSON,

                             Defendant.
------------------------------------------------------------X

For the reasons stated on the record today, the defendant is remanded.

Dated: New York, New York
       December 20, 2023

                                                /s/ RMB
                                   **RICHARD M. BERMAN, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/23