**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                           :
                                                    :
                Government,         :     15 CR. 288 (RMB)
                                                    :
     - against -                                   :     **ORDER**
                                                    :
                                                    :
ENIKO WILSON,                                       :
                                                    :
                Defendant.          :
-------------------------------------------------------------x

      The sentencing scheduled for Tuesday, January 23, 2024 at 11:30 A.M. will take place in Courtroom 17B.

Dated: January 17, 2024
      New York, NY

                                              RICHARD M. BERMAN
                                              U.S.D.J.